**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  DEBORAH E. MUELLER                               Case Number: 06-71211
         9113 BALDWIN DRIVE                     SSN-xxx-xx-5616
         MACHESNEY PARK, IL  61115

                                                         Case filed on:        7/13/2006
                                                         Plan Confirmed on:
                         X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $650.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DEBORAH E. MUELLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NATIONAL CITY MORTGAGE COMPANY | 60,659.62 | 0.00 | 0.00 | 0.00 |
| 002 | NUVELL CREDIT COMPANY LLC | 15,282.19 | 15,282.00 | 617.35 | 0.00 |
|  | Total Secured | 75,941.81 | 15,282.00 | 617.35 | 0.00 |
| 002 | NUVELL CREDIT COMPANY LLC | 0.60 | 0.79 | 0.00 | 0.00 |
| 003 | ATTORNEY TERRY HOSS & | 98.40 | 98.40 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 416.08 | 416.08 | 0.00 | 0.00 |
| 005 | CHRISTIAN CREDIT COUNSELORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JESSICA DANNENMAIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MEDICAL RECOVERY SPECIALISTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SCOTT D. MUELLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GE CONSUMER FINANCE | 604.60 | 604.60 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 505.62 | 505.62 | 0.00 | 0.00 |
|  | Total Unsecured | 1,625.30 | 1,625.49 | 0.00 | 0.00 |
|  | Grand Total: | 77,567.11 | 16,907.49 | 617.35 | 0.00 |

Total Paid Claimant:     $617.35
Trustee Allowance:       $32.65          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/29/2006           By   /s/Heather M. Fagan